**Order entered April 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00164-CV

### DONNA CAROLE COVEY, FNP, ET AL., Appellants

### V.

### GILBERT ADAM LUCERO AND MARIA GARCIA, BOTH INDIVIDUALLY AND ON BEHALF OF THE ESTATE AND AS NEXT FRIEND OF A.R.G.L., JR., DECEASED MINOR CHILD, Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-01407**

## ORDER

We **GRANT** appellees' April 4, 2016 unopposed motion for an extension of time. Appellees shall file their briefs by **April 20, 2016**. No further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE